Order issued September 17, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00472-CR

CHRISTOPHER BRANCH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 282nd District Court
Dallas County, Texas
Trial Court Cause No. F11-14772-S

## ORDER

We **GRANT IN PART** appellant's motion to supplement the clerk's record and to hold the briefing schedule in abeyance. The Court orders the following relief.

We **ORDER** the trial court clerk to file, within **FIFTEEN** days of the date of this order, a supplemental clerk's record containing a copy of the presentence investigation report prepared for this case.

We **EXTEND** the time to file appellant's brief until **FORTY-FIVE** days from the date of this order.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to Dallas County District Clerk Gary Fitzsimmons and to The Dallas County District Clerk, Criminal

Records Division.

LANA MYERS
JUSTICE